IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS HOWARD LENART,

    Petitioner,

vs.

STEVEN ORNOSKI,
Acting Warden of California
State Prison at San Quentin,

    Respondent.

_____/

No. CIV S-05-1912 FCD KJM

DEATH PENALTY CASE

ORDER

        On September 21, 2005, petitioner filed a petition for writ of habeas corpus in this court. A preliminary statement to the petition makes clear that it was filed to protect petitioner's rights as suggested in Pace v. DiGuglielmo, ___ U.S. ___, 125 S. Ct. 1807 (2005). Petitioner's conviction and sentence were affirmed by the California Supreme Court on May 7, 2004. People v. Lenart, 32 Cal. 4th 1107 (2004). On August 4, 2004, petitioner filed a petition for writ of habeas corpus with the California Supreme Court. The California Supreme Court has not issued a decision in the habeas action. The present federal petition raises both exhausted and unexhausted claims.

        In Rhines v. Weber, ___ U.S. ___, 125 S. Ct. 1528, 1535 (2005), the Supreme Court recognized the district court's authority to stay a mixed petition if it finds good cause for

1

1 petitioner's prior failure to exhaust and merit to the claims petitioner is seeking to exhaust. In
2 Pace, the Court stated that "reasonable confusion" over timeliness rules would "ordinarily"
3 amount to good cause. 125 S. Ct. at 1813-14. At this point in time, California's timeliness rules
4 lack clarity. Cf. Dennis v. Brown, 361 F. Supp. 2d 1124, 1132-34 (N.D. Cal. 2005). It is
5 reasonable for petitioner to be confused about their potential application to his case. He has met
6 the good cause standard under Rhines. Further, a review of the petition shows petitioner's claims
7 are not plainly meritless. A stay is appropriate.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Petitioner's request for a stay of these proceedings is granted.

2. Petitioner shall inform this court within ten days after the California Supreme Court resolves his habeas petition. If it is not resolved within ninety days of the date of this order, petitioner shall at that time file a status report on the progress of the state habeas petition. Petitioner shall continue to file status reports every ninety days until the California Supreme Court resolves the state petition.

3. The Clerk of the Court is directed to serve this order upon counsel for petitioner and to serve courtesy copies of this order and the petition upon counsel for respondent.

DATED: October 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

lenartstay.or

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26