IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS HOWARD LENART,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
  Warden of San Quentin
  State Prison,

    Respondent.

No. CIV S-05-1912 FCD KJM

DEATH PENALTY CASE

ORDER

        The Selection Board has recommended the appointment of the Office of the Federal Defender and Wesley A. Van Winkle as co-counsel to represent petitioner in this habeas corpus proceeding. Good cause appearing, IT IS HEREBY ORDERED that the Office of the Federal Defender, Capital Habeas Unit, and Wesley A. Van Winkle, P.O. Box 5216, Berkeley, CA 94705, (510) 848-6250, shall represent petitioner pursuant to 18 U.S.C. § 3599. See Local Rule 81-191(d).

        The Clerk of the Court is directed to serve copies of this order on the Office of the Federal Defender; on Mr. Van Winkle; on Robert L. Ayers, Warden of San Quentin State Prison, Tamal, California; on the Attorney General of the State of California; on Cynthia Compton, CJA

/////

1 | Administrator, Office of the Federal Defender; and on Sandy Andrews, Research and Policy
2 | Analyst, Office of the Circuit Executive.
3 | DATED: February 25, 2008.

_____
U.S. MAGISTRATE JUDGE

24 | lenartapptcsl.or