IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS HOWARD LENART,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.
_____/

No. CIV S-05-1912 FCD KJM

DEATH PENALTY CASE

NOTICE OF CASE BUDGETING CONFERENCE

On March 13, 2008 at 11:00 a.m. in courtroom #26, the undersigned shall hold an ex parte case budgeting conference with counsel for petitioner. Respondent's counsel is advised that the court is, by separate order, informing petitioner's counsel of the budgeting procedures for capital cases.

DATED: February 25, 2008.

_____
U.S. MAGISTRATE JUDGE

lenartcasemgt.notice

1