IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS HOWARD LENART,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.
_____/

No. CIV S-05-1912 FCD KJM

DEATH PENALTY CASE

ORDER

    Good cause appearing, petitioner's March 3, 2008 request to continue the case budgeting conference is granted. The Ex Parte Case Budgeting Conference currently set for March 13, 2008 is continued to April 3, 2008 at 11:00 a.m. in courtroom #26.

DATED: March 7, 2008.

_____
U.S. MAGISTRATE JUDGE

lenart

1