IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS HOWARD LENART,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.
_____/

No. CIV S-05-1912 FCD KJM

DEATH PENALTY CASE

ORDER

Petitioner moves to lodge under seal claims and exhibits he filed in support of his second state habeas petition filed in the California Supreme Court on October 10, 2008. Petitioner has noticed a hearing on his motion for November 12, 2008. Pursuant to Local Rule 78-230(c), opposition to the motion was due not less than fourteen days prior to the hearing. The fourteen days expired on October 29. Respondent has not filed an opposition. "No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Local Rule 78-230(c).

/////

/////

/////

      Because petitioner has shown good cause to lodge these documents under seal and for a protective order, and because respondent has not opposed the motion, IT IS HEREBY ORDERED as follows:

      1. Petitioner's October 10, 2008 motion to lodge claims and exhibits under seal and for a protective order is granted.

      2. The Clerk of the Court is directed to: (a) file under seal petitioner's October 10, 2008 Memorandum of Points and Authorities, and (b) lodge under seal the following copies of state court filings: "Sealed Claims and Exhibits in Support of Petition for Writ of Habeas Corpus," "Conditionally under Seal Exhibits in Support of Petition for Writ of Habeas Corpus," and "Motion for Leave to File under Seal Claims and Exhibits in Support of Petition for Writ of Habeas Corpus."

      3. Within ten days of the filed date of this order, petitioner shall file a proposed protective order. Within five days of petitioner's filing, respondent shall file a response.

DATED: November 4, 2008.

_____
U.S. MAGISTRATE JUDGE

lenart lodged seal.or