DANIEL J. BRODERICK,  Bar #89424
Federal Defender
LISSA J. GARDNER, N.M.Bar #9429
Assistant Federal Public Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimilie:  (916) 498-6656

WESLEY A. VAN WINKLE, Bar #122907
2709 Dana Street
Berkeley, CA 94705-1137
Telephone: (510) 848-6250
Facsimilie:  (510) 848-1033


Attorneys for Petitioner,
THOMAS HOWARD LENART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOWARD LENART,<br><br>              Petitioner,<br><br>  v.<br><br>ROBERT L. AYERS, JR.,<br>Warden of San Quentin<br>State Prison<br>              Respondent. | NO. CIV S-05-1912 FCD KJM<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER GRANTING LODGEMENT OF EXHIBIT IN SUPPORT OF STATE HABEAS PETITION** |

Good cause appearing, Petitioner's November 24, 2008 Motion to Lodge Exhibit 184 in support of Petitioner's Second State Habeas Corpus Petition is GRANTED.

Dated:  December 1, 2008.

_____
U.S. MAGISTRATE JUDGE

ORDER GRANTING LODGMENT
OF EXHIBIT IN SUPPORT OF STATE HABEAS PETITION          1          *Lenart v. Ayers, CIV-S-05-1912 FCD KJM*