IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS HOWARD LENART,

    Petitioner,

vs.

ROBERT L. AYERS, Jr.,
Warden of San Quentin
State Prison,

    Respondent.

_____/

No. CIV S-05-1912 FCD KJM

DEATH PENALTY CASE

ORDER

Good cause appearing, see this Court's Order dated November 4, 2008, Document #53, IT IS HEREBY ORDERED:

The claims and exhibits lodged under seal pursuant to this Court's November 4, 2008 Order shall be deemed to be confidential. The documents and material comprising the claims and exhibits (hereinafter "documents") may be used only by petitioner and/or representatives from the Office of the California Attorney General and only for purposes of any proceedings incident to litigating the claims presented in the petition for writ of habeas corpus pending before this Court, the Ninth Circuit Court of Appeals, and the California Supreme Court. Any disclosure to any Court and/or arguments pertaining to same shall similarly be made under seal. Disclosure of the contents of the documents and the documents themselves may not be

1  made to any other persons or agencies, including any other law enforcement or prosecutorial
2  personnel or agencies, without an order from this Court. This order extends to respondent and all
3  persons acting on behalf of respondent in this proceeding, including but not limited to persons
4  employed by the Office of the California Attorney General, persons working on this matter who
5  are employed by California governmental divisions other than the Attorney General, persons
6  retained by respondent for any investigative or consulting work on this matter, and any expert
7  consultants or witnesses assisting respondent.
8              This order shall continue in effect after the conclusion of the habeas corpus
9  proceedings and specifically shall apply in the event of a retrial of all or any portion of
10 petitioner's criminal case, except that either party maintains the right to request modification or
11 vacation of this order.
12 DATED:  December 1, 2008.

_____
U.S. MAGISTRATE JUDGE

lenart prot.or