DANIEL J. BRODERICK, Bar #89424
Federal Defender
LISSA J. GARDNER, New Mexico Bar #9429
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Fax: (916) 498-6656

WESLEY A. VAN WINKLE, Bar # 129907
2709 Dana Street
Berkeley, CA 94705-1137
Telephone: (510) 848-6250
Facsimile:  (510) 848-1033

Attorneys for Petitioner,
THOMAS HOWARD LENART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOWARD LENART,<br><br>        Petitioner,<br><br>    v.<br><br>KEVIN A. CHAPPELLE*, Warden,<br><br>        Respondent. | No. 2:05-cv-01912 MCE CKD<br><br>**DEATH PENALTY CASE**<br><br>**ORDER  GRANTING PETITIONER'S REQUEST TO SEAL DOCUMENTS** |

GOOD CAUSE APPEARING, and without opposition from respondent, petitioner's March 1, 2012 Request to Seal Documents is granted.  Petitioner's March 1, 2012 Motion to Perpetuate Testimony and attachments thereto shall be filed under seal.

IT IS SO ORDERED.

Dated: March 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

*Kevin Chappelle is substituted for his predecessor, Michael Martel, as Acting Warden of California State Prison. Fed. Rules Civ. Pro., Rule 25(d).