IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOWARD LENART, | |
| Petitioner, | No. 2:05-cv-1912 MCE CKD |
| vs. | DEATH PENALTY CASE |
| WARDEN, San Quentin State Prison, | |
| Respondent. | ORDER |

After reviewing the parties' memoranda of points and authorities, the undersigned finds oral argument unnecessary on petitioner's motion to lift the stay and amend the petition. The hearing scheduled for December 5, 2012 at 10:00 a.m. is vacated.

Dated: November 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

lenart pet am arg.or