JOSEPH SCHLESINGER, CA Bar #87692
Acting Federal Defender
LISSA J. GARDNER, New Mexico Bar #9429
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Fax: (916) 498-6656

WESLEY A. VAN WINKLE, Bar # 129907
2709 Dana Street
Berkeley, CA 94705-1137
Telephone: (510) 848-6250
Facsimile:  (510) 848-1033

Attorneys for Petitioner,
THOMAS HOWARD LENART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOWARD LENART,<br><br>  Petitioner,<br><br>v.<br><br>KEVIN A. CHAPPELL, Warden of the California State Prison at San Quentin,<br><br>  Respondent. | No. 2:05-cv-01912-MCE-CKD<br><br>**DEATH PENALTY CASE**<br><br>**ORDER  GRANTING PETITIONER'S UNOPPOSED REQUEST TO SEAL DOCUMENTS** |

GOOD CAUSE APPEARING, the following document shall be lodged and maintained under seal until further order of this Court: Petitioner's Attachment 11 to Notice of Motion and Motion to Stipulate to Declarations and/or Motion to Perpetuate Testimony, Declaration of Lissa J. Gardner.

IT IS SO ORDERED.

Dated: May 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE