UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOWARD LENART, | No. 2:05-cv-1912 MCE CKD |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| WARDEN, San Quentin State Prison, | <u>ORDER</u> |
| Respondent. | |

Petitioner's counsel Wesley Van Winkle requests permission to participate by telephone in the May 29, 2013 hearing on petitioner's motion to perpetuate testimony.  Good cause appearing, Mr. Van Winkle's request is GRANTED.

Dated:  May 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Lenart tele appearance.or

1