HEATHER E. WILLIAMS, Bar No. 122664
LISSA J. GARDNER, New Mexico Bar No. 9429
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656

WESLEY A. VAN WINKLE, Bar No. 129907
2709 Dana Street
Berkeley, California 94705-1137
Telephone: (510) 848-6250
Facsimile: (510) 848-6251

Attorneys for Petitioner,
THOMAS HOWARD LENART

KAMALA D. HARRIS, Bar No. 146672
Attorney General of California
ERIC L. CHRISTOFFERSEN, Bar No. 186094
Supervising Deputy Attorney General
JESSE WITT, Bar No. 99587
Deputy Attorney General
1300 I Street, Suite 125
P. O. Box 944255
Sacramento, California 94244-2550
Telephone: (916) 324-5265
Facsimile: (916) 324-2960
E-mail: Jesse.Witt@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOWARD LENART,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KEVIN A. CHAPPELL, Warden,<br><br>　　　　　　Respondent. | No. 2:05-cv-01912-MCE-CKD<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

By the stipulation of the parties and for good cause shown, contingent upon this Court's granting of an evidentiary hearing on Claim 1 and/or Claim 22 and/or Claim 38 and/or Claim 40 and/or Claim 41 of

the Amended Petition for Writ of Habeas Corpus, Petitioner's motion to stipulate to the declarations of Ms. Flora Mortell, Ms. Claudean Watkins, and Mr. E. C. Eddings (ECF No. 105, Attachments 14, 15, 7, and 8), in lieu of live testimony is GRANTED and the declarations may be admitted as evidence not subject to objection on hearsay or foundational grounds as if the witness had testified at the evidentiary hearing.

Dated: July 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE