UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOWARD LENART,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　Respondent. | No.  2:05-cv-1912 MCE CKD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

　　　　Petitioner has informed this court that the California Supreme Court denied his state habeas petition on November 18, 2015.  (ECF No. 160.)  Accordingly, the stay of these proceedings (see ECF No. 56) is lifted.

　　　　On December 9, 2015 at 10:30 a.m., the undersigned will hold a status and scheduling conference.  As he requested, Mr. Van Winkle may participate by telephone.  Before the close of business on December 8, 2015, Mr. Van Winkle shall contact Courtroom Deputy Kyle Owen at (916) 930-4004 to provide a phone number.

　　　　IT IS SO ORDERED.

Dated:  November 30, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Lenart sch conf.or