IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS HOWARD LENART,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**ROBERT L. AYERS, JR.,**<br><br>　　　　　　　　　　　Respondent. | Case No. 2:05-cv-1912 MCE-CKD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

　　Upon considering Respondent's request (ECF No. 185), and good cause appearing, Respondent shall have an additional 30 days, to and including August 7, 2016, to file a response to Petitioner's Second Amended Petition for Writ of Habeas Corpus in this matter.

Dated:  July 18, 2016

　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Lenart answ.eot3

1