IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS HOWARD LENART,** | Case No. 2:05-cv-1912 MCE-CKD DP |
| Petitioner, | **CAPITAL CASE** |
| v. | ORDER |
| **ROBERT L. AYERS, JR.,** | |
| Respondent. | |

Respondent requests the court lodged under seal state court records that were maintained under seal by the California Supreme Court.  Pursuant to Local Rule 141(c), petitioner had three days from the date of service of respondent's request to oppose it.  He has not done so.

Good cause appearing, respondent's July 11, 2016 request is granted.  The Clerk of the Court is directed to file under seal the following items:

    (120)    (AGO019223-AGO019237)    (120) UNDER SEAL - Supplemental Exhibits in Support of PWHC-2, Vol. XXXVII, Tab – Vol. XXV, Excerpts – Tabs 87 & 89; filed 3/18/2015 [SuppExhsPWHC-2 – Vol. XXXVII];

    (121)    (AGO019238-AGO019247)    (121) UNDER SEAL - Supplemental Exhibits in Support of PWHC-2 Vol. XXXVIII, Tab XXXI, Excerpt – Tab 107; filed 3/18/2015 [SuppExhsPWHC-2 – Vol. XXXVIII];

(124)     (AGO019255)          (124) UNDER SEAL - Copy of CD of electronic version of Exhs. in Support of PWHC-2, Vols. XXXVII [UnderSeal - CD SuppExhPWHC-2 Vol. XXXVII], filed 4/1/;

(125)     (AGO019257)          (125) UNDER SEAL - Copy of CD of electronic version of Exhs. in Support of PWHC-2, Vol. XXXVIII [UnderSeal - CD SuppExhPWHC-2 – Vol. XXXVIII], filed 3/18/2015;

(136)     (AGO020710-AGO020719)     (136) UNDER SEAL - Supplemental Exhibits in Support of PWHC-2, Vol. XLV, Exh. 244, pages, 556-560, filed 7/15/2015  [UNDER SEAL SuppExhsPWHC-2 – Vol. XLV];

(140)     (AGO020849-AGO020850)     (140) UNDER SEAL - Copy of CD of electronic version of Supplemental Exhs. in Support of PWHC-2, Vol. XLV, Exh. 244 [UnderSeal - CD SuppExhsPWHC-2 – Vol. XLV], filed 7/15/2016;

(161)     (AGO022050-AGO022069)     (161) UNDER SEAL – Exhibit in Support of PWHC-3, Vol. V-S, Exh. 219 ["Petitioner's Notice of Motion and Motion to Perpetuate Testimony Lodged Under Seal, and Attachment B, "Declaration of Lissa Gardner [UnderSeal - ExhSuppPWHC-3 – Vol. V-S], filed 3/28/2013;

(186)     (AGO023891-AGO025905)     (186) [UNDER SEAL] Supplemental Exhibits in Support of Pending PWHC-3, Vol. XXV (Vol. XIII – Excerpts Tabs 87 and 89) [UnderSeal - SuppExhsPWHC-3 – Vol. XXV], filed 3/18/2015;

(186A)    (AGO025906)               (186A) [UNDER SEAL] Copy of CD of electronic version of Vol. XXV Supplemental Exhibits in Support of Pending PWHC-3 [Under Seal CD SuppExhsPWHC-3 – Vol. XXV], filed 3/18/2015;

(187)     (AGO025907-AGO025916)     (187) [UNDER SEAL] Supplemental Exhibits in Support of Pending PWHC-3, Vol. XXVI (Vol. XIX – Excerpt Tab 107) [UNDER SEAL SuppExhsPWHC-3 Vol XXVI], filed 3/18/2015;

(187A)    (AGO025917)               (187A) UNDER SEAL] Copy of CD of electronic version of Vol. XXVI Supplemental Exhibits in Support of Pending

PWHC-3 [UNDER SEAL CD SuppExhsPWHC-3 – Vol. XXVI], filed 3/18/2015;

(199)      (AGO027374-AGO027383)      (199) [UNDER SEAL] Supplemental Exhibits in Support of PWHC-3, Vol. XXXIII (Exh. 262), pages 3930-4135 [UnderSeal SuppExhs PWHC-3 – Vol. XXXIII], filed 7/15/2015;

(199A)     (AGO027384)      (199A) [UNDER SEAL] Copy of CD of electronic version of Vol. XXXIII (Exh. 262) of Supplemental Exhibits in Support of PWHC-3 [UnderSeal CD SuppExhs PWHC-3 – Vol. XXXIII], filed 7/15/2015.

The Clerk of the Court is further directed to file under seal petitioner's July 11, 2016 request to seal, proposed order, and declaration of service.

IT IS SO ORDERED.

Dated: July 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Lenart lodged doc seal.or

3