1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  LISSA J. GARDNER, New Mexico Bar #9429
   Lissa_Gardner@fd.org
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-6666
5  E-mail: Lissa_Gardner@fd.org

6  WESLEY A. VAN WINKLE, California #129907
   Law Offices of Wesley A. Van Winkle
7  P.O. Box 5216
   Berkeley, CA 94705-0216
8  Telephone: (541) 735-3170
   E-mail: tacitus@pacbell.net

9
   Attorneys for Petitioner
10 THOMAS HOWARD LENART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. LENART, | Case No. 2:05-cv-01912 MCE CKD |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | |
| WARDEN of the California State Prison at San Quentin, | **[Proposed] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PETITIONER'S OPENING BRIEF** |
| Respondent. | |

The Court's scheduling order in this case provided that Petitioner file an Opening Brief on the application of 28 U.S.C. §2254(d) on or before January 2, 2020. Doc. #201. Petitioner has requested an additional 6 months in which to file his reply brief, or until July 2, 2020.

1

[Proposed] Order Granting Petitioner's Unopposed Motion for
an Extension Of Time To File Petitioner's 2254(d) Opening Brief    *Lenart v. Warden*, USDC 2:05-cv-01912-MCE-CKD

Respondent does not oppose Petitioner's motion for extension of time in which to file his opening brief.

FOR GOOD CAUSE SHOWN, the Court now orders as follows:

Petitioner's Unopposed Request for an Extension of Time in which to file his 28 U.S.C § 2254(d) Opening brief is granted. Petitioner shall file his brief by July 2, 2020.

IT IS SO ORDERED.

Dated: December 13, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Submitted by:
LISSA J. GARDNER, NM Bar # 9429
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

WESLEY A. VAN WINKLE, California #129907
Law Offices of Wesley A. Van Winkle
P.O. Box 5216
Berkeley, CA 94705-0216
Telephone: (541) 735-3170
E-mail: tacitus@pacbell.net

Attorneys for Petitioner
THOMAS HOWARD LENART

2

[Proposed] Order Granting Petitioner's Unopposed Motion for
an Extension Of Time To File Petitioner's 2254(d) Opening Brief          *Lenart v. Warden*, USDC 2:05-cv-01912-MCE-CKD