HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LISSA J. GARDNER, New Mexico Bar #9429
Lissa_Gardner@fd.org
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
E-mail: Lissa_Gardner@fd.org

WESLEY A. VAN WINKLE, California #129907
Law Offices of Wesley A. Van Winkle
P.O. Box 5216
Berkeley, CA 94705-0216
Telephone: (541) 735-3170
E-mail: tacitus@pacbell.net

Attorneys for Petitioner
THOMAS HOWARD LENART

ROB BONTA, State Bar No. 202668
Attorney General of California
KENNETH N. SOKOLER, State Bar No. 161024
Supervising Deputy Attorney General
KIMBERLEY A. DONOHUE, State Bar No. 247027
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6135
E-mail: Kimberley.Donohue@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOWARD LENART, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN of the California State Prison at San Quentin, <br><br> Respondent. | Case No. 2:05-cv-01912 MCE CKD <br><br> **DEATH PENALTY CASE** <br><br><br> [~~PROPOSED~~] **ORDER STAYING HABEAS CORPUS PROCEEDINGS DUE TO PETITIONER'S ILLNESS** |

Counsel for Petitioner THOMAS HOWARD LENART and Respondent WARDEN of San Quentin State Prison have filed a joint status report indicating that Petitioner Lenart has been diagnosed with advanced prostate cancer and that his oncologist has concluded he has less than six months to live.  A copy of the oncologist's report has been provided to this Court.  The parties jointly request that this habeas corpus litigation be stayed in the interests of justice and judicial economy pending further developments related to Petitioner's condition.

In accordance with the joint request of the parties, IT IS HEREBY ORDERED that proceedings in this habeas corpus litigation, including the briefing schedule set forth in Docket Numbers 201 and 217, are hereby temporarily STAYED, with the stays to become permanent and litigation concluded upon Petitioner's death.  Petitioner's counsel are further ordered to file status reports advising this Court and opposing counsel of any changes in Petitioner's health status every 90 days following the issuance of this order.

Dated:  October 6, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Submitted by:
LISSA J. GARDNER, NM Bar # 9429
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone:  (916) 498-6666

WESLEY A. VAN WINKLE, California #129907
Law Offices of Wesley A. Van Winkle
P.O. Box 5216
Berkeley, CA  94705-0216
Telephone: (541) 735-3170
E-mail:  tacitus@pacbell.net

Attorneys for Petitioner
THOMAS HOWARD LENART

1
2  ROB BONTA, State Bar No. 202668
   Attorney General of California
3  KENNETH N. SOKOLER, State Bar No. 161024
   Supervising Deputy Attorney General
4  KIMBERLEY A. DONOHUE, State Bar No. 247027
   Deputy Attorney General
5  1300 I Street, Suite 125
   P.O. Box 944255
6  Sacramento, CA 94244-2550
7  Telephone: (916) 210-6135
   E-mail: Kimberley.Donohue@doj.ca.gov
8
9  Attorneys for Respondent

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28